**Exhibit A to the Complaint**

**Location:** Honolulu, HI  
**Total Works Infringed:** 25

**IP Address:** 72.234.140.214  
**ISP:** Hawaiian Telcom

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 21631802DAA040229CCC2DE1D5D216DA12CDA353<br>File Hash:<br>96872EAC149F771891AA191A88A688562065865A387742B71587D9AB58BD4F21 | 02-28-2023<br>17:17:43 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 2 | Info Hash: 8E202BD15F53469FCA55E7FA5318F50F33C45761<br>File Hash:<br>6F68E3CB48511B9ACB05315417CFA4B4B8BC74ADBB1E7B705191310BA77B3154 | 02-26-2023<br>22:28:45 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 3 | Info Hash: 9DCAA506FCD18CBC43374B59DCF295D275F78689<br>File Hash:<br>41CF2342AC870E5B1224E13FEBF21489DABF19588367A5E809C47AADC4FD17FE | 02-26-2023<br>00:29:50 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 4 | Info Hash: 6C8838FC8D9E67B9CEDE5A554638A6CEFFE917CB<br>File Hash:<br>97333BD8DC54DA715AE592D8451678A45FDA5E953386A1AADC18A463C48E676C | 02-26-2023<br>00:05:53 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 5 | Info Hash: BDD77BD8D64D940C3C113FE65070711EB153013B<br>File Hash:<br>9AA865FBFC08131F909CB29A254EEA4B6C42B3DED82BF9919A680C7F052D362D | 02-14-2023<br>07:21:33 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |
| 6 | Info Hash: DBA674E141B23DCD03F78CE3C175EB5F379FEB21<br>File Hash:<br>5E9C1F1CECDDAAB442B2745AE8EBD3C988830875C5BE3C3B6868B6DAD120A0AC | 02-14-2023<br>07:13:02 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 7 | Info Hash: 99668E32A1637C328EBF8A57212864C42943E00A<br>File Hash:<br>7FDDF8B0B1F88AA554C2DA073EBD857DFAC0AF14AE2FF4CAD7E4E4E24EEC969A | 02-14-2023<br>07:05:18 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 8 | Info Hash: BC9B734ECFA71CA5DD4B0C8BFF63DCFC902B4E3D<br>File Hash:<br>E8D259C7E52328D88E0892DC5B27907354B2A6DCF45A77FD9C824FD513CB2824 | 02-14-2023<br>07:01:05 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 9 | Info Hash: E39F895D4E58E9EA65935691E4A56CFB734D2130<br>File Hash:<br>373DA38A6EE57F5FE551626B91C3993D8C1B3FE6537F8F531778AFFFFB969F96 | 02-05-2023<br>18:13:10 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 10 | Info Hash: 00FEEAC5BBCEC2BDD60F53DE2F8D48FE998AB0D8<br>File Hash:<br>F02B8F6739A45B42F9007334F70C0C6399B08182423865E59F66ADD95DE1D2E2 | 02-01-2023<br>17:39:27 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 11 | Info Hash: 9D0E6395886BD6D9F2435B40F907FF75184571C8<br>File Hash:<br>B972F5E8B10A1E9A75F37EB4DCA61E749E0C08EF0A1665D59A2FA625E3D1A235 | 01-29-2023<br>00:22:01 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 85A7D0B69B29F022A4B36BABF4A15380FFC542F8<br>File Hash: 13BACABECD8E03B9B75B816C38FF0A84D29DB71AC59380B290D954FD5C621531 | 01-28-2023 23:56:59 | Vixen | 11-11-2022 | 12-11-2022 | PA0002384688 |
| 13 | Info Hash: C0A2ECD28E56C3B0C99FFB648519AE03B45CD352<br>File Hash: 546410AC2AB27879EB515B7BE995E2B772F4D93C2BAF048BC57CB7DED82661A3 | 01-28-2023 23:46:58 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 14 | Info Hash: 00C56C20D92364F6582DFFD455CBECFB42580CEB<br>File Hash: 98FCFFFAD004377A839F752D05E1B458CD0CE36DB3BD98D65545D27F32C477EE | 01-28-2023 23:45:21 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 15 | Info Hash: 3AD0F06F038FCEA6C738A2A93D38C5FB6CCC288C<br>File Hash: 407A453E1507FB5ED0407941EB7B782BBDF76C8794AB5A3E3A6E1E5FEA354EAD | 01-28-2023 23:20:49 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 16 | Info Hash: A25685687023EF84BFF6D91D0BBD873DC0F6B275<br>File Hash: D104235CB186000257EFEC44D37009138ED666B5A0AF953262BC8DC8878B6C1E | 11-15-2022 19:25:49 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 17 | Info Hash: 9191BBB92E06E8742E9F6D0F6DDF1B55DF5096B5<br>File Hash: D2341F49BEC2F2FA6B25090A6B4694E3E8D0D68883109D9BD06A823F61DCC810 | 11-15-2022 19:05:12 | Tushy | 11-13-2022 | 12-11-2022 | PA0002384758 |
| 18 | Info Hash: D4414E1E954985552282EC01BA093EFC905FC4BC<br>File Hash: 77324052D00723989E8C099AC2AA8D3154464B79F15BA040862E8E9C49101D5B | 10-02-2022 02:25:20 | Tushy | 09-18-2022 | 10-05-2022 | PA0002373759 |
| 19 | Info Hash: 95505D61714FFB8D1CAF8705030B81CE51F3A19B<br>File Hash: B8AA21BB37C16CA8759EC603E9F67A617F87E4373D6AFD1C83300B78A7ED257E | 08-30-2022 01:34:30 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 20 | Info Hash: 37A113E7812CE3A6E9AA5DC3E6BAD7604000771C<br>File Hash: FB67C7CD80CEBFE4CEF574F6A19ED8B35FF92DB7458CA42570C7CCD270892191 | 08-17-2022 19:27:52 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 21 | Info Hash: DDF350312A2BD423AF62147F3BF6ADAED1492CC4<br>File Hash: 81DF4D8A07F0EFCB6F4C11869DD86F8CC7AE49E1D24E4B61843A53683C366378 | 07-12-2022 07:23:34 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |
| 22 | Info Hash: 914658A5BDB2C4B7F6DC0068A0CD8620BD6BD78B<br>File Hash: 86431A12471F040E4720728ED2CB6B29A140CCE1AF9EEAF6A8B527601AB33194 | 05-26-2022 19:10:14 | Blacked Raw | 05-23-2022 | 06-27-2022 | PA0002355031 |
| 23 | Info Hash: 5E895C99167DC14F740D578515707EA3BFA9F0F2<br>File Hash: 8679396D7C6C4417C6CF4ECB1616891043F523FAA8D5702A2057AC953380AA1C | 05-07-2022 22:48:14 | Blacked | 03-26-2022 | 04-23-2022 | PA0002346435 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 0AA6DD562221A3E0EA13E8B920F55F81B136E7A9<br>File Hash:<br>9BEE6F1526B4D9328457CE16407EDB1F37E0724D91EFE21679E4CDAED163F1EF | 04-23-2022 23:16:44 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |
| 25 | Info Hash: 3F1E4F5B33AD60766F9B6E48F7B1F01966C7953D<br>File Hash:<br>1834710524F74EC2B9A45E00D2EEE8343131B7FB1A25895C7F9AC9A28393D893 | 01-12-2022 02:43:35 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |