| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: CV 23-00146 LEK-WRP   DATE FILED: 3/23/2023 | United States District Court for the District of Hawaii |
| PLAINTIFF<br>STRIKE 3 HOLDINGS, LLC | DEFENDANT<br>JOHN DOE subscriber assigned IP address 72.234.140.214 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 SEE ATTACHED | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED *Notice of Voluntary Dismissal attached*<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED<br>6/2/2023 |
|---|---|---|
| CLERK<br>Lucy H. Carrillo, Clerk | (BY) DEPUTY CLERK<br>/s/ EA, Deputy Clerk | DATE<br>6/6/2023 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Exhibit A to the Complaint**

**Location:** Honolulu, HI  
**Total Works Infringed:** 25  

**IP Address:** 72.234.140.214  
**ISP:** Hawaiian Telcom

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 21631802DAA040229CCC2DE1D5D216DA12CDA353<br>File Hash:<br>96872EAC149F771891AA191A88A688562065865A387742B71587D9AB58BD4F21 | 02-28-2023<br>17:17:43 | Tushy | 02-26-2023 | 03-06-2023 | PA0002399996 |
| 2 | Info Hash: 8E202BD15F53469FCA55E7FA5318F50F33C45761<br>File Hash:<br>6F68E3CB48511B9ACB05315417CFA4B4B8BC74ADBB1E7B705191310BA77B3154 | 02-26-2023<br>22:28:45 | Tushy | 02-19-2023 | 03-06-2023 | PA0002399999 |
| 3 | Info Hash: 9DCAA506FCD18CBC43374B59DCF295D275F78689<br>File Hash:<br>41CF2342AC870E5B1224E13FEBF21489DABF19588367A5E809C47AADC4FD17FE | 02-26-2023<br>00:29:50 | Blacked Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 4 | Info Hash: 6C8838FC8D9E67B9CEDE5A554638A6CEFFE917CB<br>File Hash:<br>97333BD8DC54DA715AE592D8451678A45FDA5E953386A1AADC18A463C48E676C | 02-26-2023<br>00:05:53 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 5 | Info Hash: BDD77BD8D64D940C3C113FE65070711EB153013B<br>File Hash:<br>9AA865FBFC08131F909CB29A254EEA4B6C42B3DED82BF9919A680C7F052D362D | 02-14-2023<br>07:21:33 | Tushy | 02-12-2023 | 03-07-2023 | PA0002400309 |
| 6 | Info Hash: DBA674E141B23DCD03F78CE3C175EB5F379FEB21<br>File Hash:<br>5E9C1F1CECDDAAB442B2745AE8EBD3C988830875C5BE3C3B6868B6DAD120A0AC | 02-14-2023<br>07:13:02 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 7 | Info Hash: 99668E32A1637C328EBF8A57212864C42943E00A<br>File Hash:<br>7FDDF8B0B1F88AA554C2DA073EBD857DFAC0AF14AE2FF4CAD7E4E4E24EEC969A | 02-14-2023<br>07:05:18 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 8 | Info Hash: BC9B734ECFA71CA5DD4B0C8BFF63DCFC902B4E3D<br>File Hash:<br>E8D259C7E52328D88E0892DC5B27907354B2A6DCF45A77FD9C824FD513CB2824 | 02-14-2023<br>07:01:05 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 9 | Info Hash: E39F895D4E58E9EA65935691E4A56CFB734D2130<br>File Hash:<br>373DA38A6EE57F5FE551626B91C3993D8C1B3FE6537F8F531778AFFFFB969F96 | 02-05-2023<br>18:13:10 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 10 | Info Hash: 00FEEAC5BBCEC2BDD60F53DE2F8D48FE998AB0D8<br>File Hash:<br>F02B8F6739A45B42F9007334F70C0C6399B08182423865E59F66ADD95DE1D2E2 | 02-01-2023<br>17:39:27 | Tushy | 01-29-2023 | 03-07-2023 | PA0002400310 |
| 11 | Info Hash: 9D0E6395886BD6D9F2435B40F907FF75184571C8<br>File Hash:<br>B972F5E8B10A1E9A75F37EB4DCA61E749E0C08EF0A1665D59A2FA625E3D1A235 | 01-29-2023<br>00:22:01 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 85A7D0B69B29F022A4B36BABF4A15380FFC542F8<br>File Hash:<br>13BACABECD8E03B9B75B816C38FF0A84D29DB71AC59380B290D954FD5C621531 | 01-28-2023 23:56:59 | Vixen | 11-11-2022 | 12-11-2022 | PA0002384688 |
| 13 | Info Hash: C0A2ECD28E56C3B0C99FFB648519AE03B45CD352<br>File Hash:<br>546410AC2AB27879EB515B7BE995E2B772F4D93C2BAF048BC57CB7DED82661A3 | 01-28-2023 23:46:58 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 14 | Info Hash: 00C56C20D92364F6582DFFD455CBECFB42580CEB<br>File Hash:<br>98FCFFFAD004377A839F752D05E1B458CD0CE36DB3BD98D65545D27F32C477EE | 01-28-2023 23:45:21 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 15 | Info Hash: 3AD0F06F038FCEA6C738A2A93D38C5FB6CCC288C<br>File Hash:<br>407A453E1507FB5ED0407941EB7B782BBDF76C8794AB5A3E3A6E1E5FEA354EAD | 01-28-2023 23:20:49 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 16 | Info Hash: A25685687023EF84BFF6D91D0BBD873DC0F6B275<br>File Hash:<br>D104235CB186000257EFEC44D37009138ED666B5A0AF953262BC8DC8878B6C1E | 11-15-2022 19:25:49 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 17 | Info Hash: 9191BBB92E06E8742E9F6D0F6DDF1B55DF5096B5<br>File Hash:<br>D2341F49BEC2F2FA6B25090A6B4694E3E8D0D68883109D9BD06A823F61DCC810 | 11-15-2022 19:05:12 | Tushy | 11-13-2022 | 12-11-2022 | PA0002384758 |
| 18 | Info Hash: D4414E1E954985552282EC01BA093EFC905FC4BC<br>File Hash:<br>77324052D00723989E8C099AC2AA8D3154464B79F15BA040862E8E9C49101D5B | 10-02-2022 02:25:20 | Tushy | 09-18-2022 | 10-05-2022 | PA0002373759 |
| 19 | Info Hash: 95505D61714FFB8D1CAF8705030B81CE51F3A19B<br>File Hash:<br>B8AA21BB37C16CA8759EC603E9F67A617F87E4373D6AFD1C83300B78A7ED257E | 08-30-2022 01:34:30 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 20 | Info Hash: 37A113E7812CE3A6E9AA5DC3E6BAD7604000771C<br>File Hash:<br>FB67C7CD80CEBFE4CEF574F6A19ED8B35FF92DB7458CA42570C7CCD270892191 | 08-17-2022 19:27:52 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 21 | Info Hash: DDF350312A2BD423AF62147F3BF6ADAED1492CC4<br>File Hash:<br>81DF4D8A07F0EFCB6F4C11869DD86F8CC7AE49E1D24E4B61843A53683C366378 | 07-12-2022 07:23:34 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |
| 22 | Info Hash: 914658A5BDB2C4B7F6DC0068A0CD8620BD6BD78B<br>File Hash:<br>86431A12471F040E4720728ED2CB6B29A140CCE1AF9EEAF6A8B527601AB33194 | 05-26-2022 19:10:14 | Blacked Raw | 05-23-2022 | 06-27-2022 | PA0002355031 |
| 23 | Info Hash: 5E895C99167DC14F740D578515707EA3BFA9F0F2<br>File Hash:<br>8679396D7C6C4417C6CF4ECB1616891043F523FAA8D5702A2057AC953380AA1C | 05-07-2022 22:48:14 | Blacked | 03-26-2022 | 04-23-2022 | PA0002346435 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 0AA6DD562221A3E0EA13E8B920F55F81B136E7A9<br>File Hash:<br>9BEE6F1526B4D9328457CE16407EDB1F37E0724D91EFE21679E4CDAED163F1EF | 04-23-2022<br>23:16:44 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |
| 25 | Info Hash: 3F1E4F5B33AD60766F9B6E48F7B1F01966C7953D<br>File Hash:<br>1834710524F74EC2B9A45E00D2EEE8343131B7FB1A25895C7F9AC9A28393D893 | 01-12-2022<br>02:43:35 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |